**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Jeffrey A. Silence (029143)
jxs@jaburgwilk.com
David Farren (007384)
dnf@jaburgwilk.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Valeri Moore, an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>Bug Police, LLC, an Arizona company; Safcik & Sons, LLC, an Arizona company; Donald Safcik, an Arizona resident; and Ana Safcik, an Arizona resident,<br><br>Defendants. | Case No. 2:21-cv-00032-DGC<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to LRCP 40.2(d), Defendants notify the Court and the Clerk of the Court that the parties in this matter have reached a settlement. They anticipate filing a Stipulation to Dismiss with Prejudice with regard to all claims once the settlement has finalized.

DATED this 5th day of March, 2021.

**Jaburg & Wilk, P.C.**

/s/ *David N. Farren*
David N. Farren
Kraig J. Marton
Attorneys for Defendants

21870-21870-00001\\DNF\\AMC\\4457894.1

*Certificate of Service*

I hereby certify that on the 5th day of March, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Zoldan
Jason Barrat
**Zoldan Law Group, PLLC**
14500 N. Northsight Blvd., Ste. 133
Scottsdale, Arizona  85260
Attorneys for Plaintiff

*/s/ Ana M. Canby*